UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BENJAMIN CHRISTOPHER CARRAWAY, ESQ. and those similarly situated,<br><br>PLAINTIFFS<br>vs.<br><br>JOHN DOE MPD OFFICERS, in their individual capacities,<br><br>DEFENDANTS | )<br>)<br>) Civil Action No. 1:17-cv-137 (RJL)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION TO STAY

Plaintiffs respectfully move to stay the current proceedings. A memorandum of points and authorities and a proposed order are attached. The defendants have not yet been served or appeared and therefore undersigned counsel is not able to ascertain their position on this motion.

Respectfully Submitted,

  /s/ Jeffrey Light_____

Jeffrey L. Light
D.C. Bar #485360
1712 Eye St., NW
Suite 915
Washington, DC 20006
(202)277-6213
Jeffrey@LawOfficeOfJeffreyLight.com

*Counsel for Plaintiffs*

1

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BENJAMIN CHRISTOPHER CARRAWAY, ESQ. and those similarly situated,<br><br>PLAINTIFFS<br><br>vs.<br><br>JOHN DOE MPD OFFICERS, in their individual capacities,<br><br>DEFENDANTS | Civil Action No. 1:17-cv-137 (RJL) |

## **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO STAY**

Mr. Carraway filed this putative class action on January 20, 2017. [ECF dkt: 1.] At the time he filed the Complaint, it was unclear what, if any, charges would be brought against him and/or the other members of the class. Currently, Mr. Carraway and most of the other individuals arrested with him are facing criminal felony charges in the Superior Court.

Plaintiffs respectfully move to stay the present case. Staying the case will prevent any conflict with the ongoing criminal cases. Additionally, staying the case will conserve the resources of the parties and the court because decisions in the criminal proceedings may have a preclusive effect on certain aspects of this civil case. *See Heck v. Humphrey*, 512 U.S. 477 (1994).

Plaintiffs propose to submit a status report in 60 days advising the Court of the status of the criminal proceedings and indicating whether they would like the stay to remain in effect.

Respectfully Submitted,

  /s/ Jeffrey Light

Jeffrey L. Light
D.C. Bar #485360
1712 Eye St., NW
Suite 915
Washington, DC 20006
(202)277-6213
Jeffrey@LawOfficeOfJeffreyLight.com

*Counsel for Plaintiffs*