UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BENJAMIN CHRISTOPHER CARRAWAY, ESQ. and those similarly situated,<br><br>PLAINTIFFS<br>vs.<br><br>JOHN DOE MPD OFFICERS, in their individual capacities,<br><br>DEFENDANTS | Civil Action No. 1:17-cv-137 (RJL) |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. Pro. Rule 41(a)(1)(A)(i), Plaintiffs hereby notice the dismissal of the above-captioned case without prejudice. The opposing parties have not served either an answer or a motion for summary judgment.

Respectfully Submitted,

_/s/ Jeffrey Light_____________

Jeffrey L. Light
D.C. Bar #485360
1712 Eye St., NW
Suite 915
Washington, DC 20006
(202)277-6213
Jeffrey@LawOfficeOfJeffreyLight.com

*Counsel for Plaintiffs*